■ LILLIAN KLEISLE et al., Appellants, v. NORMAN BALL et al., Respondents.— Judgment insofar as it dismisses the complaint as to plaintiff Lillian Kleisle unanimously reversed on the law and facts and a new trial granted as to said plaintiff, with costs to appellant to abide the event, and otherwise judgment affirmed. Memorandum: The verdict as to plaintiff Lillian Kleisle was against the weight of evidence. (Appeal from judgment of Monroe Trial Term dismissing the complaint on the merits in an automobile negligence action.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ALLEN HERRINGTON, Appellant.— Judgment unanimously affirmed. Memorandum: The only question presented to this court was whether or not the punishment imposed was excessive. Therefore, we reach or pass upon no other issue. (Appeal from judgment of Monroe County Court convicting defendant of manslaughter, first degree, and assault, second degree.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL AMATI, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed. Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Wyoming County Court, dismissing writ of habeas corpus, following a hearing, and remanding relator to custody of Warden.) Present — Williams, P. J., Bastow, Goldman, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH V. BREEDING, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed. Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Cayuga County Court, dismissing writ of habeas corpus, following a hearing, and remanding relator to custody of Warden.) Present — Williams, P. J., Bastow, Goldman and Noonan, JJ.